February 2, 2026

CLERK
U.S. BANKRUPTCY COURT
EAST         DISTRICT OF
NEW YORK

2026 FEB -2  A 11: 47

RECEIVED

I, Quesnel Senatus, am retired. Currently, I only receive Social Security and a pension.

Debtor

*Quesnel Senatus*
Quesnel Senatus