| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------x<br>In re:<br><br><br>Quesnel Senatus,<br><br>        Debtor.<br><br><br>-------------------------------------------------------x | HEARING DATE: **April 9, 2026**<br>HEARING TIME: **9:30 AM**<br>LOCATION: **Courtroom 963 (AST)**<br><br>**Case No.: 8-26-70463-ast**<br><br>**Chapter 13**<br><br>**Judge: Alan S. Trust** |

# OBJECTION TO CONFIRMATION OF
# DEBTOR'S CHAPTER 13 PLAN

Deutsche Bank National Trust Company As Trustee For Residential Asset Securitization Trust Series 2006-A14CB Mortgage Pass-Through Certificates Series 2006-N (the "Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan, and states as follows:

1. Debtor, Quesnel Senatus ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on February 2, 2026.

2. Secured Creditor holds a security interest in the Debtor's real property located 22 Virginia Avenue, Hempstead, NY 11550, by virtue of a Mortgage duly recorded on August 16, 2006 in the Office of the Nassau County Clerk, NY in Instrument No. 2006081600957. Said Mortgage secures a Note in the amount of $396,000.00.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on February 2, 2026 (Doc No. 7). (Proof of Claim due April 13, 2026).

4. The Plan does not provide for payment of estimated POC arrears of $772,722.45.

5. The Plan fails to meet the requirements of 11 U.S.C. § 1322(b)(3) and (b)(5) and 1325(a)(5) with respect to the Secured Creditor's claim and the subject mortgage ,and therefore, fails to meet the confirmation requirements of 11 U.S.C. § 1325(a)(1) .

**WHEREFORE**, Secured Creditor objects to confirmation of the Plan and respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Dated: February 10, 2026

                                    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                    Attorney for Secured Creditor
                                    900 Merchants Concourse, Suite 310
                                    Westbury, NY 11590
                                    Telephone: 516-280-7675
                                    Facsimile: 516-280-7674

                                    By: /s/Suzanne Youssef
                                    Suzanne Youssef, Esquire
                                    NEW YORK Bar Number 2254969
                                    Email: syoussef@raslg.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

Quesnel Senatus,

   Debtor.

**Case No.: 8-26-70463-ast**

**Chapter 13**

**Judge: Alan S. Trust**

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on February 10, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

QUESNEL SENATUS
597 WEBSTER AVENUE
UNIONDALE, NY 11553

KRISTA M PREUSS
KRISTA M. PREUSS, CHAPTER 13 TRUSTEE
100 JERICHO QUADRANGLE
STE 127
JERICHO, NY 11753

UNITED STATES TRUSTEE
LONG ISLAND FEDERAL COURTHOUSE
560 FEDERAL PLAZA - ROOM 560
CENTRAL ISLIP, NY 11722-4437


Dated: February 10, 2026

              Robertson, Anschutz, Schneid, Crane & Partners,
              PLLC

Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax:(516) 280-7674

By: /s/Suzanne Youssef
Suzanne Youssef, Esquire
NEW YORK Bar Number 2254969
Email: syoussef@raslg.com