UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
YCHN1703

| | |
|---|---|
| IN RE:<br><br>QUESNEL SENATUS,<br><br>Debtor. | Chapter: 13<br><br>Case No. 26-70463 AST<br><br>Hearing Date: April 9, 2026 |

## OBJECTION TO THE CONFIRMATION OF DEBTOR'S PLAN

I, Tammy L. Terrell Benoza, Esq., do hereby certify as follows:

1. I am an attorney at law associated with the law firm of Fein, Such & Crane, LLP, attorneys for JPMorgan Chase Bank, National Association, (the "Secured Creditor" herein), and I am fully familiar with the facts and circumstances of the within matter.

2. Secured Creditor objects to the confirmation of Debtor's plan for the following reasons:

(a) Secured Creditor holds a mortgage on Debtor's residence which is located at 597 Webster Avenue, Uniondale, NY 11553. As of the date of the bankruptcy filing, Debtor was in default on the terms of the Note and Mortgage. Total arrears due to Secured Creditor through the plan are estimated to be $3,102.31.

(b) The proposed plan does not provide for the payment of arrears or post petition payments. Absent a modification, this plan cannot be confirmed.

3.      For the reasons stated above, and for any others that the Court deems fit to adopt, Secured Creditor respectfully objects to Debtor's plan and the confirmation thereof.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: February 20, 2026        Fein, Such & Crane, LLP
                                            Attorneys for JPMorgan Chase Bank, National Association

                                            */s/ Tammy L. Terrell Benoza*
                                            28 East Main Street, Suite 1800
                                            Rochester, NY 14614
                                            585-226-7310
                                            and
                                            6 Campus Drive, Suite 304
                                            Parsippany, New Jersey 07054
                                            973-538-4700