THIS ORDER RELATES TO A
HEARING HELD ON
MAY 7, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X          Chapter 13
IN RE:                                                             Case No. 826-70463-AST

QUESNEL SENATUS,
                                                                   ORDER DISMISSING CASE

                                        Debtor.
--------------------------------------------------------X

UPON the April 20, 2026 written application of Krista M. Preuss, Chapter 13 Trustee, (the

"Trustee") seeking entry of an Order dismissing the instant Chapter 13 case pursuant to 11 U.S.C.

§1307(c) and due notice of the aforesaid application having been given to all necessary parties;

and

WHEREAS, on May 7, 2026, the Trustee appeared in support thereof and the Debtor

appeared; and

WHEREAS, Debtor did not file written opposition to the Trustee's Motion to Dismiss as

required by E.D.N.Y. LBR 9013-1(b); and

WHEREAS, the Debtor's proposed plan is not sufficiently funded to pay secured claims in

full

WHEREAS, the Debtor failed to comply with 11 U.S.C. §1325(a)(6) in that the Debtor

WHEREAS, the Debtor failed to comply with 11 U.S.C. §521(e)(2)(A)(i) in that the Debtor

has failed to provide the Trustee with a copy of a federal income tax return or transcript for the

most recent year 7 days before the first meeting of creditors; and

WHEREAS, the Debtor failed to comply with the disclosure requirements of E.D.N.Y. LBR

2003-1; and

WHEREAS, the Debtor failed to be examined at the Section 341 Meeting of Creditors as

required by 11 U.S.C. §343; and

WHEREAS, the Debtor failed to serve the plan on the trustee and all creditors within 7 days of filing the plan, and to file proof of service thereof as required by E.D.N.Y. LBR 3015-1(b); and

WHEREAS, each of the foregoing constitutes cause for dismissal of a Chapter 13 case; it is accordingly

WHEREAS, it appearing to the satisfaction of the Court that dismissal is in the best interests of creditors and the estate, and sufficient cause having been shown; it is accordingly

ORDERED, that the instant Chapter 13 case be dismissed pursuant to 11 U.S.C. §1307(c) of the Bankruptcy Code.

Dated: June 1, 2026
    Central Islip, New York



_____
    Alan S. Trust
United States Bankruptcy Judge