Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | Quesnel Senatus | Social Security number or ITIN: xxx–xx–5320 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: | | Social Security number or ITIN: _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of New York | | Date case filed for chapter:   13   2/2/26 |
| Case number: 8–26–70463–las | | |

## NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated June 5, 2026, the above–captioned case and any related adversary proceedings have been reassigned to the Honorable Louis A. Scarcella, United States Bankruptcy Judge effective June 8, 2026. Please take note of the new case number: **8–26–70463–las** .

Dated: June 8, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnrp1.jsp** Notice Reassigning Case(Mass Assignment) rev. 06/08/26]